**Exhibit B**

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

OMB No. 1545-0008

| a Employee's soc. sec. no. ****-**-2092 | 1 Wages, tips, other comp. 242500.00 | 2 Fed. income tax withheld 58362.40 |
|---|---|---|
| b Employer ID number (EIN) ****3957 | 3 Social security wages 127200.00 | 4 Soc. sec. tax withheld 7886.40 |
| | 5 Medicare wages and tips 242500.00 | 6 Medicare tax withheld 3898.80 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060
GPRE1340

d Control number: 5

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. ****3957 | 16 State wages, tips, etc. 242500.00 | 17 State income tax 21052.68 |
|---|---|---|---|
| 18 Local wages, tips, etc. 242500.00 | | 19 Local income tax 10234.00 | 20 Locality name New York City Res. |

Form W-2 Wage and Tax Statement  2017  Dept. of the Treasury — IRS
This information is being furnished to the Internal Revenue Service.
7 BW24UP  NTF 2581320

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

| a Employee's soc. sec. no. ****-**-2092 | 1 Wages, tips, other comp. 242500.00 | 2 Fed. income tax withheld 58362.40 |
|---|---|---|
| b Employer ID number (EIN) ****3957 | 3 Social security wages 127200.00 | 4 Soc. sec. tax withheld 7886.40 |
| | 5 Medicare wages and tips 242500.00 | 6 Medicare tax withheld 3898.80 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060
GPRE1340

d Control number: 5

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. ****3957 | 16 State wages, tips, etc. 242500.00 | 17 State income tax 21052.68 |
|---|---|---|---|
| 18 Local wages, tips, etc. 242500.00 | | 19 Local income tax 10234.00 | 20 Locality name New York City Res. |

Form W-2 Wage and Tax Statement  2017  Dept. of the Treasury — IRS
Copyright 2017 Greatland/Nelco

---

This information is being furnished to IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable & you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

OMB No. 1545-0008

| a Employee's soc. sec. no. ****-**-2092 | 1 Wages, tips, other comp. 242500.00 | 2 Fed. income tax withheld 58362.40 |
|---|---|---|
| b Employer ID number (EIN) ****3957 | 3 Social security wages 127200.00 | 4 Soc. sec. tax withheld 7886.40 |
| | 5 Medicare wages and tips 242500.00 | 6 Medicare tax withheld 3898.80 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060
GPRE1340

d Control number: 5

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. ****3957 | 16 State wages, tips, etc. 242500.00 | 17 State income tax 21052.68 |
|---|---|---|---|
| 18 Local wages, tips, etc. 242500.00 | | 19 Local income tax 10234.00 | 20 Locality name New York City Res. |

Form W-2 Wage and Tax Statement  2017  Dept. of the Treasury — IRS
GPRE1341 01/05/18 14:59 1/5/2018 1:59:35 PM

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

| a Employee's soc. sec. no. ****-**-2092 | 1 Wages, tips, other comp. 242500.00 | 2 Fed. income tax withheld 58362.40 |
|---|---|---|
| b Employer ID number (EIN) ****3957 | 3 Social security wages 127200.00 | 4 Soc. sec. tax withheld 7886.40 |
| | 5 Medicare wages and tips 242500.00 | 6 Medicare tax withheld 3898.80 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060
GPRE1340

d Control number: 5

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State NY | Employer's state ID no. ****3957 | 16 State wages, tips, etc. 242500.00 | 17 State income tax 21052.68 |
|---|---|---|---|
| 18 Local wages, tips, etc. 242500.00 | | 19 Local income tax 10234.00 | 20 Locality name New York City Res. |

Form W-2 Wage and Tax Statement  2017  Dept. of the Treasury — IRS

| d Control number 04 | 1 Wages, tips, other compensation 225000.00 | 2 Federal income tax withheld 45035.38 |
|---|---|---|
| OMB No. 1545-0008 | 3 Social security wages 128400.00 | 4 Social security tax withheld 7960.80 |
| | 5 Medicare wages and tips 225000.00 | 6 Medicare tax withheld 3487.54 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See inst. for box 12 |
| 12b | 12c | 12d |
| b Employer identification number (EIN) ####3957 | | a Employee's social security number ###-##-2092 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 14 Other | |

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| 2018 | 15 State NY | Employer's state ID number ####3957 | 16 State wages, tips, etc. 225000.00 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.) | | 17 State income tax 17021.78 | 18 Local wages, tips, etc. 225000.00 |
| | | 19 Local income tax 9096.28 | 20 Locality name New York City Res. |

Department of the Treasury — Internal Revenue Service

---

| d Control number 04 | 1 Wages, tips, other compensation 225000.00 | 2 Federal income tax withheld 45035.38 |
|---|---|---|
| OMB No. 1545-0008 This information is being furnished to the Internal Revenue Service. | 3 Social security wages 128400.00 | 4 Social security tax withheld 7960.80 |
| | 5 Medicare wages and tips 225000.00 | 6 Medicare tax withheld 3487.54 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See inst. for box 12 |
| 12b | 12c | 12d |
| b Employer identification number (EIN) ####3957 | | a Employee's social security number ###-##-2092 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 14 Other | |

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

| 2018 | 15 State NY | Employer's state ID number ####3957 | 16 State wages, tips, etc. 225000.00 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement Copy B—To Be Filed With Employee's FEDERAL Tax Return. | | 17 State income tax 17021.78 | 18 Local wages, tips, etc. 225000.00 |
| | | 19 Local income tax 9096.28 | 20 Locality name New York City Res. |

Department of the Treasury — Internal Revenue Service

---

| d Control number 04 | 1 Wages, tips, other compensation 225000.00 | 2 Federal income tax withheld 45035.38 |
|---|---|---|
| OMB No. 1545-0008 | 3 Social security wages 128400.00 | 4 Social security tax withheld 7960.80 |
| | 5 Medicare wages and tips 225000.00 | 6 Medicare tax withheld 3487.54 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 12b | 12c | 12d |
| b Employer identification number (EIN) ####3957 | | a Employee's social security number ###-##-2092 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 14 Other | |

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

| 2018 | 15 State NY | Employer's state ID number ####3957 | 16 State wages, tips, etc. 225000.00 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return | | 17 State income tax 17021.78 | 18 Local wages, tips, etc. 225000.00 |
| | | 19 Local income tax 9096.28 | 20 Locality name New York City Res. |

Department of the Treasury — Internal Revenue Service

---

| d Control number 04 | 1 Wages, tips, other compensation 225000.00 | 2 Federal income tax withheld 45035.38 |
|---|---|---|
| OMB No. 1545-0008 | 3 Social security wages 128400.00 | 4 Social security tax withheld 7960.80 |
| | 5 Medicare wages and tips 225000.00 | 6 Medicare tax withheld 3487.54 |

c Employer's name, address, and ZIP code
Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 12b | 12c | 12d |
| b Employer identification number (EIN) ####3957 | | a Employee's social security number ###-##-2092 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 14 Other | |

e Employee's name, address, and ZIP code
Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

| 2018 | 15 State NY | Employer's state ID number ####3957 | 16 State wages, tips, etc. 225000.00 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return | | 17 State income tax 17021.78 | 18 Local wages, tips, etc. 225000.00 |
| | | 19 Local income tax 9096.28 | 20 Locality name New York City Res. |

Department of the Treasury — Internal Revenue Service

GPRE1341 01/04/19 09:57 1/4/2019 8:57:24 AM

Gulf Premier Logistics, LLC
340 N. Sam Houston Pkwy East
Suite 217
Houston, TX 77060

Andrew J Lis
61 West 10Th St Apt. 2A
New York, NY 10011

NTF 25627141A    8    W24UPP