**Exhibit C**

# KLAPPER & FASS
### ATTORNEYS AT LAW
170 Hamilton Avenue
White Plains, New York 10601

Telephone: (914) 287-6466
Facsimile: (914) 287-6422
jklapper@klapperfass.com

360 Lexington Avenue
New York, New York 10017
Telephone: (212) 949-6480
Facsimile: (212) 949-6489

JOSHUA H. KLAPPER

May 18, 2016

Gulf Premier Logistics
Overland Distribution
1701 Export Drive – Suite B
Laporte, Texas 77571
Attention: Jason Lancaster

Re: Andrew Lis

Dear Mr. Lancaster:

The undersigned is counsel to Amlon Resources Group, LLC, the former employer of Andrew Lis.

Please be advised that Mr. Lis was employed by Amlon Resources Group, LLC as an Operations and Customer Service Manager from September 2004 to February 5, 2016. Mr. Lis has a valid Non Compete covenant contained in his September 8, 2004 Employment Agreement which is effective for two (2) years immediately following the termination of his employment. It forbids him to "directly or indirectly, for himself or on behalf of others, as an individual on his own account, or as an employee, agent, or representative for any person, partnership, firm or corporation, contacting or soliciting directly or indirectly...any of the customers or accounts..."

It has come to my client's attention that Andrew Lis, whether on his own behalf, on behalf of Gulf Premier Logistics/Overland or a recently formed entity has contacted, solicited and attempted to or concluded transactions with customers and accounts of Amlon Resources Group, LLC, including, but not limited to, Clean Harbors/Duratherm, MAKO Environmental, US Ecology Texas, Inc., Cameron Chemicals, Advanced Micronutrient Products, Mettalo Chimique, Nickelhutte Aue and Shoremet. This is a direct violation of Mr. Lis' Non Compete covenant. You are hereby directed to immediately cease and desist from any further such conduct with Mr. Lis.

Amlon Resources Group, LLC intends to enforce all of its legal rights to the fullest extent of the law.

This correspondence is written without waiver or prejudice and with full reservation of Amlon Resources Group, LLC's rights.

Very truly yours,
KLAPPER & FASS

By: _____
Joshua H. Klapper