**Exhibit D**

## Signed Catalyst Agreement

**Donovan, Edward J** <donovane@cleanharbors.com>   Reply all | ⌄
Fri 2/19/2016, 1:20 PM
Jason Lancaster; Dickerman, Roger <Dickerman.Roger@cleanharbors.c ⌄

You forwarded this message on 2/19/2016 1:33 PM

📎 JAL signed Catalyst Agr... ⌄
209 KB

Download

Jason,
Please find the signed catalyst agreement between JAL Environmental Services Programs and Clean Harbors.

Roger, JAL is new to the market and has brought on Andrew Lis from Amlon to help with catalyst product sales. They are putting together a bid for our 244 bags of moly with 0.3% tungsten.

Jason's office is local to Houston. He may be reaching out to you to introduce himself and come for a visit. He is aware of the recent temporary idling of our thermal desorption unit.

-Ed

## AW: AW: Cu lots & Mo / NiW waste for tolling



**Fett, Wendy** <Fett@nickelhuette-aue.de>
Tue 8/16/2016, 1:18 AM
Jason Lancaster; Jason Lancaster

↩ Reply all | ∨

You forwarded this message on 8/17/2016 8:36 AM

Hi Jason,

Thank you so much for your support, this is highly appreciated.

Any spent catalysts around the corner for NHA?

Best regards,
Wendy Fett
Nickelhuette Aue GmbH

---

**Von:** Jason Lancaster [mailto:jlancaster@gulfpremierlogistics.com]
**Gesendet:** Montag, 15. August 2016 15:39
**An:** Fett, Wendy
**Cc:** Jason Lancaster
**Betreff:** RE: AW: Cu lots & Mo / NiW waste for tolling

Wendy,

I will have an original invoice sent to you.

I hope you have a wonderful day.


Best Regards,

Jason Lancaster
Director Business Development
**Gulf Premier Logistics, LLC**
340 N. Sam Houston Pkwy E Suite 217
Houston, TX 77060
jlancaster@gplog.us

**PLEASE NOTE:** *ALL GMAIL AND HOTMAIL EMAILS ARE BLOCKED UNTIL A REQUEST IS SUBMITTED*

(281) 416-5527 Office

(281) 741-9164 Fax
(281) 932-0871 Cell



www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).
Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company. All business accepted per our standard trading terms and conditions, copy available on request or from our website. http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

**From:** Fett, Wendy [mailto:Fett@nickelhuette-aue.de]
**Sent:** Monday, August 15, 2016 1:42 AM
**To:** Jason Lancaster
**Cc:** Jason Lancaster
**Subject:** AW: AW: Cu lots & Mo / NiW waste for tolling

Hi Jason,

Could you please do me the favour and send me this invoice in original by separate post? Our accounting department is always requesting "originals" directly from the customer (and not via email). Sorry, this is German bureaucracy, but you would make our accounting people very happy.

Thanks & best regards,
Wendy
Nickelhuette Aue GmbH

---

**Von:** Jason Lancaster [mailto:jlancaster@gulfpremierlogistics.com]
**Gesendet:** Samstag, 9. Juli 2016 07:28
**An:** Fett, Wendy
**Cc:** Jason Lancaster
**Betreff:** RE: AW: Cu lots & Mo / NiW waste for tolling

Wendy,

It has been a pleasure working with you on this project. I will make it a point to request your preference on container routings for future shipments. If there is anything else we can do to improve this process please let us know. The invoice you requested is attached for your review. Please let me know if you need any changes to be made on the invoice.

Thanks again for this opportunity.


Best Regards,

Jason Lancaster
Director Business Development
*Gulf Premier Logistics, LLC*
340 N. Sam Houston Pkwy E Suite 217
Houston, TX  77060
jlancaster@gplog.us

**PLEASE NOTE:** *ALL GMAIL AND HOTMAIL EMAILS ARE BLOCKED UNTIL A REQUEST IS SUBMITTED*

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell



www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

---

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).
Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company. All business accepted per our standard trading terms and conditions, copy available on request or from our website. http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

**From:** Fett, Wendy [mailto:Fett@nickelhuette-aue.de]
**Sent:** Friday, July 08, 2016 5:32 AM
**To:** Andrew Lis; Jason Lancaster
**Subject:** AW: AW: Cu lots & Mo / NiW waste for tolling

Tag, Andrew!

Looking forward to your invoice!

It would be great to welcome you folks here for a visit of NHA. Hope you only told your best thoughts of NHA to Ken. I met some of his colleagues of US Ecology in Golden and they reached out to me, actually, offering their spent catalysts ex Tx. I don't think that our terms for NiMo/CoMo will work, but we can give it a try and maybe we will find some other catalysts like Ni where we are more competitive.

Enjoy your weekend!

Best regards,

Wendy Fett
Nickelhuette Aue GmbH

---

**Von:** Andrew Lis [mailto:alis@environmentalservicesprograms.com]
**Gesendet:** Dienstag, 5. Juli 2016 21:36
**An:** Fett, Wendy; Jason Lancaster
**Betreff:** Re: AW: Cu lots & Mo / NiW waste for tolling

Tag, Wendy!

We'll send you our invoice shortly; viel danke!

By the way, I was speaking with US Ecology's Ken Knibbs - he said you'd reached out recently. We are functioning as USET's sales agent for their materials, and Ken asked me what I thought of NHA -- I told him we have to go visit. :)

What were you interested in working with USET to obtain? We can try to push them as best we can. You can feel free to work with Ken, as well, but we'll end up working together in some way on these projects! Yay!

Very Truly Yours,


Andrew Lis
**ENVIRONMENTAL SERVICES PROGRAMS (ESP)**

C:   718-930-4277
E:   ALis@EnvironmentalServicesPrograms.com
     ALis@ESP.us
     Andrew.Lis01@gmail.com

---

**From:** Fett, Wendy <Fett@nickelhuette-aue.de>
**Sent:** Monday, July 4, 2016 6:01:03 AM
**To:** Jason Lancaster
**Cc:** Andrew Lis
**Subject:** AW: AW: Cu lots & Mo / NiW waste for tolling

Dear Jason,

Results are now available as attached. I also send you attached our settlement table.
If in agreement please kindly send us your invoice about 2.444,49 USD.

We were pleased to have concluded this first business transaction with you and we are looking forward to further cooperation.

Best regards / Mit freundlichen Grüßen,
Wendy Fett
Area Manager North & South America

Nickelhuette Aue GmbH
Rudolf-Breitscheid-Strasse 65-75
08280 Aue / Germany
Tel. +49 / 3771 - 505 352
Fax. +49 / 3771 - 505 209
email: fett@nickelhuette-aue.de
www.nickelhuette-aue.de
HRB 143, Amtsgericht Chemnitz
Geschäftsführer: Volker Carluß, Henry Sobieraj
UST-ID: DE 141033594

Diese E-Mail enthält vertrauliche und/oder rechtlich geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**Von:** Jason Lancaster [mailto:jlancaster@gulfpremierlogistics.com]
**Gesendet:** Freitag, 10. Juni 2016 12:26
**An:** Fett, Wendy
**Betreff:** Re: AW: Cu lots & Mo / NiW waste for tolling

Wendy

Thank you and have a wonderful weekend as well.


Best Regards,

Jason Lancaster
Director Business Development
***Gulf Premier Logistics***
340 N. Sam Houston Pkwy E Suite 217
Houston, TX  77060
jlancaster@gplog.us

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell

<image002.png>

www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).
Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.
All business accepted per our standard trading terms and conditions, copy available on request or from our website.http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

On Jun 10, 2016, at 5:15 AM, Fett, Wendy <Fett@nickelhuette-aue.de> wrote:

Hi Jason,

Container has well arrived at our works today, many thanks for this delivery. I expect to receive analysis results around 27th June and I will revert as soon as results are available.

Have a nice weekend & best regards,
Wendy Fett

Nickelhuette Aue GmbH

**Von:** Fett, Wendy
**Gesendet:** Donnerstag, 9. Juni 2016 10:35
**An:** 'Jason Lancaster'
**Betreff:** AW: Cu lots & Mo / NiW waste for tolling

Hi Jason,

Everything in good order, thanks. As per your information below container is planned for door delivery tomorrow Friday 10th June. I will confirm container arrival accordingly. After receipt we will need approx. 2 weeks for complete analysis.

Best regards / Mit freundlichen Grüßen,
Wendy Fett
Area Manager North & South America

Nickelhuette Aue GmbH
Rudolf-Breitscheid-Strasse 65-75
08280 Aue / Germany
Tel. +49 / 3771 - 505 352
Fax. +49 / 3771 - 505 209
email: fett@nickelhuette-aue.de
www.nickelhuette-aue.de
HRB 143, Amtsgericht Chemnitz
Geschäftsführer: Volker Carluß, Henry Sobieraj
UST-ID: DE 141033594

Diese E-Mail enthält vertrauliche und/oder rechtlich geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**Von:** Jason Lancaster [mailto:jlancaster@gulfpremierlogistics.com]
**Gesendet:** Mittwoch, 8. Juni 2016 16:13
**An:** Fett, Wendy
**Cc:** Jason Lancaster
**Betreff:** RE: Cu lots & Mo / NiW waste for tolling

Wendy,

I wanted to provide an update on this shipment. Please let me know if you find everything in good order.

Thanks and have a wonderful day.

Per our agent the container will load today in Bremerhaven. Delivery in Aue will be on 10.06.2016.

Best Regards,

Jason Lancaster
Director Business Development
*Gulf Premier Logistics, LLC*
340 N. Sam Houston Pkwy E Suite 217
Houston, TX 77060
jlancaster@gplog.us

**PLEASE NOTE**: ALL GMAIL AND HOTMAIL EMAILS ARE BLOCKED UNTIL A REQUEST IS SUBMITTED

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell

<image001.png>

www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).

Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.

All business accepted per our standard trading terms and conditions, copy available on request or from our website. http://www.gulfpremierlogistics.com  We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

**From:** Fett, Wendy [mailto:Fett@nickelhuette-aue.de]
**Sent:** Tuesday, May 31, 2016 1:46 AM
**To:** Jason Lancaster
**Subject:** AW: Cu lots & Mo / NiW waste for tolling

Hi Jason,

Thanks for the final documents, all is in good order.  I will contact forwarder Red Line Spedition and let you know as soon as door delivery date is available.
Port of discharge Bremerhaven was not possible?

Thanks & best regards,
Wendy Fett
Nickelhuette Aue GmbH


**Von:** Jason Lancaster [mailto:jlancaster@gulfpremierlogistics.com]
**Gesendet:** Freitag, 27. Mai 2016 23:03
**An:** Fett, Wendy
**Cc:** Jason Lancaster
**Betreff:** RE: Cu lots & Mo / NiW waste for tolling

Wendy,

I hope you are having a wonderful day. I attached the updated IMO and insurance certificate for your records. Please let me know if you need anything else.


Best Regards,

Jason Lancaster
Director Business Development
*Gulf Premier Logistics, LLC*
340 N. Sam Houston Pkwy E Suite 217

Houston, TX 77060
jlancaster@gplog.us

**PLEASE NOTE:** *ALL GMAIL AND HOTMAIL EMAILS ARE BLOCKED UNTIL A REQUEST IS SUBMITTED*

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell

<image001.png>

www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).

Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.

All business accepted per our standard trading terms and conditions, copy available on request or from our website. http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

---

**From:** Fett, Wendy [mailto:Fett@nickelhuette-aue.de]
**Sent:** Monday, May 23, 2016 2:08 AM
**To:** Jason Lancaster
**Subject:** AW: Cu lots & Mo / NiW waste for tolling

Dear Jason,

Sorry for the delay in responding and thanks for sending the shipping documents. May I ask if it's possible to switch port of discharge to Bremerhaven instead of Bremen? There are better rail connections from Bremerhaven to Aue. But as you are delivering this container to our works in Aue, I guess you already checked this with your forwarding agent. Please change drum count to 88 drums at BL.

Just cheking: IMO + insurance do mention vessel MAERSK IOWA 618e, but BL states vessel MAERSK Missouri 619E.

I will contact the forwarding agent in Germany RED LINE Spedition GmbH regarding customs clearance and instructions for onward transport from Bremen to Aue.

Harry told me about your meeting and that you are also working for Cronimet. We are looking forward to working with you.

Best regards / Mit freundlichen Grüßen,
Wendy Fett
Area Manager North & South America

Nickelhuette Aue GmbH
Rudolf-Breitscheid-Strasse 65-75
08280 Aue / Germany
Tel. +49 / 3771 - 505 352
Fax. +49 / 3771 - 505 209
email: fett@nickelhuette-aue.de
www.nickelhuette-aue.de
HRB 143, Amtsgericht Chemnitz
Geschäftsführer: Volker Carluß, Henry Sobieraj
UST-ID: DE 141033594

Diese E-Mail enthält vertrauliche und/oder rechtlich geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**Von:** Jason Lancaster [mailto:jlancaster@gulfpremierlogistics.com]
**Gesendet:** Freitag, 20. Mai 2016 20:30
**An:** Fett, Wendy
**Cc:** Jason Lancaster
**Betreff:** RE: Cu lots & Mo / NiW waste for tolling

Wendy,

I hope you are well. I was going to finalize the BL for this shipment but wanted to confirm all is in order. Please let me know at your earliest convenience. Thank you and have a great day.

Enclosed, please find:
1) Signed Offer
2) B/L Draft (please approve) drum count will be changed to 88 drums
3) Commercial Invoice
4) Insurance (please approve)
5) IMO (signed), for your records


Best Regards,

Jason Lancaster
Director Business Development
**Gulf Premier Logistics, LLC**
340 N. Sam Houston Pkwy E Suite 217
Houston, TX 77060
jlancaster@gplog.us

**PLEASE NOTE:** *ALL GMAIL AND HOTMAIL EMAILS ARE BLOCKED UNTIL A REQUEST IS SUBMITTED*

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell

<image001.png>

www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE:** pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

---
---

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).

Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.

All business accepted per our standard trading terms and conditions, copy available on request or from our website. http://www.gulfpremierlogistics.com  We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

---

**From:** Jason Lancaster
**Sent:** Wednesday, May 18, 2016 5:37 PM
**To:** Fett, Wendy
**Cc:** Jason Lancaster
**Subject:** RE: Cu lots & Mo / NiW waste for tolling

Dear Wendy,

I had the pleasure of meeting Herr Kramer in Tulsa, and was very impressed by how gracious and supportive he was, and I'm very pleased that we were able to conduct this initial transaction.

Enclosed, please find:
1) Signed Offer
2) B/L Draft (please approve) drum count will be changed to 88 drums

3) Commercial Invoice
4) Insurance (please approve)
5) IMO (signed), for your records

We are anticipating delivery on June 6, +/- and will continue to follow up with the liner for updates. Please keep us posted from your side if there are any issues. Upon receipt of cargo, please advise your target date for results.

We look forward to future opportunities together, and thank you for your support.


Best Regards,

Jason Lancaster
Director Business Development
**Gulf Premier Logistics, LLC**
340 N. Sam Houston Pkwy E Suite 217
Houston, TX  77060
jlancaster@gplog.us

**PLEASE NOTE:** *ALL GMAIL AND HOTMAIL EMAILS ARE BLOCKED UNTIL A REQUEST IS SUBMITTED*

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell

<image001.png>

www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today.  Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances.  Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability.  Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo.  As your customhouse broker and/or freight forwarder, Gulf Premier Logistics  is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods.  Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for

other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).

Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.

All business accepted per our standard trading terms and conditions, copy available on request or from our website. http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

**From:** Fett, Wendy [mailto:Fett@nickelhuette-aue.de]
**Sent:** Wednesday, May 18, 2016 4:40 AM
**To:** Jason Lancaster
**Cc:** Andrew Lis
**Subject:** AW: Cu lots & Mo / NiW waste for tolling

Hi Jason,

Please find attached the PO for the 10 tons of unused CuCr catalyst. Please check and let me know if any amendments need to be done.
If acceptable please send me a signed copy. I also attach our official offer WF 20107 for this material and for your files.

Please send me BL, IMO and Commercial invoice once these docs become available.

We are pleased to have concluded this first business with you and we are looking forward to further cooperation.

Best regards / Mit freundlichen Grüßen,
Wendy Fett
Area Manager North & South America

Nickelhuette Aue GmbH
Rudolf-Breitscheid-Strasse 65-75
08280 Aue / Germany
Tel. +49 / 3771 - 505 352

Fax. +49 / 3771 - 505 209
email: fett@nickelhuette-aue.de
www.nickelhuette-aue.de
HRB 143, Amtsgericht Chemnitz
Geschäftsführer: Volker Carluß, Henry Sobieraj
UST-ID: DE 141033594

Diese E-Mail enthält vertrauliche und/oder rechtlich geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**Von:** Andrew Lis [mailto:alis@environmentalservicesprograms.com]
**Gesendet:** Dienstag, 17. Mai 2016 18:00
**An:** Fett, Wendy
**Betreff:** Re: Cu lots & Mo / NiW waste for tolling

Tag, Wendy!

I checked in with Jason; he says the container was in-gated last week and has now departed for Hamburg; he's checking updated ETA. He hasn't received the PO yet; let me know when you send it to.

Danke!

Very Truly Yours,


Andrew Lis
**ENVIRONMENTAL SERVICES PROGRAMS (ESP)**

C: 718-930-4277
E: ALis@EnvironmentalServicesPrograms.com
ALis@ESP.us
Andrew.Lis01@gmail.com

---

**From:** Andrew Lis
**Sent:** Friday, May 13, 2016 5:20:30 PM
**To:** Fett, Wendy
**Subject:** Re: Cu lots & Mo / NiW waste for tolling

Tag, Wendy:

Just checking in on the CuCr PO. Would you want to send this directly to Jason? His email is jlancaster@gulfpremierlogistics.com. This will be how we show shipper on the BOL, as well.

Have a great weekend, and sorry for the novella below. I'm sure you can appreciate my frustration with Amlon's actions.

Very Truly Yours,


Andrew Lis
**ENVIRONMENTAL SERVICES PROGRAMS (ESP)**

C: 718-930-4277
E: ALis@EnvironmentalServicesPrograms.com
ALis@ESP.us
Andrew.Lis01@gmail.com