# Exhibit E



12/10/2018 Check Details - chase.com

CHASE
Printed from Chase Personal Online

## Check

Front

Jason M. Lancaster
Laura J. Lancaster
0871
32-61/1110
1545
Date 10/3/18
Pay to the Order of United States Treasury
$ 28,816.00
Twenty eight thousand eight hundred sixteen dollars and 00/100 Dollars
CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
Memo 2017 Form 1040
Laura Lancaster

Back

75 270 282 03422 8 637142268
LANC 30 201712 100818
CREDIT TOTHE US TREASURY
100918 32419278 047
ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVE BOARD OF GOVERNORS REG. CC

**Post date** **Check #** **Check amount**

https://secure01c.chase.com/web/auth/dashboard#/dashboard/depositAccountServicing/depositDetails/withdrawalDetails;params=withdrawalDetailsD… 1/2