**Exhibit F**

From: **Andrew Lis** alis@environmentalservicesprograms.com 
Subject: Re: NHA reconciliation assistance
Date: October 2, 2018 at 5:04 PM
To: Jason Lancaster jlancaster@gplog.us, Cindy Roberts cindyqbadvisor@gmail.com
Cc: Michelle Esteva hello@environmentalservicesprograms.com



Jason --

Cindy & Michelle reviewed the ledger we created for NHA business through GPL. Together, Cindy & Michelle made the updates needed and discussed the aging report.

The attached, updated GPL reconciliation report reflects the changes the ladies reviewed. Please review attached and let me know your thoughts.

Very Truly Yours,


Andrew Lis
ENVIRONMENTAL SERVICES PROGRAMS (ESP)

NY Office: 95 Orchard St #2, New York, NY 10002
C:   718-930-4277
E:   ALis@EnvironmentalServicesPrograms.com
     ALis@ESP.us

---

**From:** Jason Lancaster <jlancaster@gplog.us>
**Sent:** Monday, October 1, 2018 5:36 PM
**To:** Andrew Lis; Cindy Roberts
**Subject:** RE: NHA reconciliation assistance

Andrew,

I have sent you some emails that should clear up some of these questions. It might be best for the conference call to be put on hold until you have a chance to review and address those questions with me. Then you and I are on the same page and we can point Michelle and Cindy in the right direction.


Best Regards,

Jason Lancaster
Director Business Development
*Gulf Premier Logistics*
340 N. Sam Houston Pkwy E Suite 217

Houston, TX 77060
jlancaster@gplog.us

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell


www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified

that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).
Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.
All business accepted per our standard trading terms and conditions, copy available on request or from our website.http://www.gulfpremierlogistics.com  We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

**From:** Andrew Lis <alis@environmentalservicesprograms.com>
**Sent:** Monday, October 1, 2018 3:20 PM
**To:** Cindy Roberts <cindyqbadvisor@gmail.com>; Jason Lancaster <jlancaster@gplog.us>
**Subject:** Re: NHA reconciliation assistance

Hi, Cindy -

Please see attached; customer paid on 30-Jan only. Their receipt for payment to GPL is enclosed.

The money definitely was transferred to Gulf Premier, but it was not forwarded to ESP, as you can see from the earlier screenshot and the enclosed January bank statement.

As noted from your email, you're showing we were paid 26-Jan; money was not remitted so that is impossible.

I'm thinking there is confusion on the inbound payments and maybe you're looking at another job, perhaps.  The record for this payment was modified on 9/27/2018, but I'm not sure by whom, as it now reflects a payment not sent to us directly by the client and not reflected in our bank statements as rec'd then or now.

The ultimate determinant of funds rec'd will be the bank statement; QB just categorizes where the money should go.  Our bank did not receive these funds, still.

FYI:
$2851.05 is applied to its correct job now, 1611-19H. This was not deleted, at all, it was applied to a project.

The $28,256.41 is now attributed to 1702-06, which is also its  project as per Jason's updates.  There is a balance due of $10,440.82 on 1702-06 which has carried forward to today since billing.  These funds should also sit with GPL as GPL was paid on behalf of ESP.

Noted on QB practices; you & Michelle should get on the same page tomorrow and we'll all get this squared away.

Thank you for your confirmation that the account is off by >$200k. The exact amount is $267,477.72. Your summation matches ours. We're not trying to make everyone crazy, we just wanted to go back and match apples:apples so we don't have any problems at year's end with money in the wrong account. Autumn cleaning! :)

Very Truly Yours,


Andrew Lis
ENVIRONMENTAL SERVICES PROGRAMS (ESP)

NY Office: 95 Orchard St #2, New York, NY 10002
C: 718-930-4277
E: ALis@EnvironmentalServicesPrograms.com
ALis@ESP.us

---

**From:** Cindy Roberts <cindyqbadvisor@gmail.com>
**Sent:** Monday, October 1, 2018 3:15:20 PM
**To:** Andrew Lis; Jason Lancaster
**Subject:** Re: NHA reconciliation assistance

Andrew,

The payment did come over to ESP, please see the screenshot below with the banking match. If you do a search for that amount it will come up as an invoice and a payment. The payment was directly coded to go to the bank. I have also attached the January reconciliation report. Which shows it clearing and then deleted after I balanced to the bank account. It has obviously been reenter.

The bank is off again, by over 200K and I had that balanced on Friday after Jason had made all of the changes. When things are deleted after the month has been closed it creates more work and balancing on an accounting standpoint. Things can be corrected after being reconciled without being deleted.





Sincerely,
Cindy Roberts
Quickbooks Pro Advisor, Advanced


On Mon, Oct 1, 2018 at 1:25 PM Andrew Lis <alis@environmentalservicesprograms.com> wrote:

> Hi, Cindy --
>
> We dug through all of these. The amounts paid are close to what we originally found, though there is one obvious error: 1710/29 shows payment of $27,856.41, on 1/26/18. This payment never came over to ESP. Screenshot of the bank account is attached and shows the payment was not credited on date listed or month prior or after. Weird.
>
> Another weird little discrepancy is that credits are off no less than $125, with some short-pays at odd figures, like $735 and $10,440. What's odd is that the numbers are consistently off at least a little amount, but not a consistent little amount.
>
> Jason, LMK your thoughts on above. Appreciate you digging in and matching dollars rec'd to-date to the jobs invoiced. The invoices paid now match. Pls just xfer over the bal and we can finish the rest.
>
> Total amount you should have is $267,477.72. Glad we're almost done with these!
>
> Very Truly Yours,
>
>
> Andrew Lis
> ENVIRONMENTAL SERVICES PROGRAMS (ESP)
>
> NY Office: 95 Orchard St #2, New York, NY 10002

C: 718-930-4277
E: ALis@EnvironmentalServicesPrograms.com
   ALis@ESP.us

**From:** Cindy Roberts <cindyqbadvisor@gmail.com>
**Sent:** Monday, October 1, 2018 12:35:23 PM
**To:** Andrew Lis
**Subject:** Re: NHA reconciliation assistance

Hi Andrew,

I did go back in and verify the changes were correct to the bank.

Talk Soon

On Mon, Oct 1, 2018, 11:25 AM Andrew Lis <alis@environmentalservicesprograms.com> wrote:

> Hi, guys --
>
> Just circling back to this.
>
> Jason, I checked and the account wasn't credited with the $270k outstanding yet. Did you transfer it over?
>
> Cindy, Michelle and I are going over Jason's updated changes to QB so we'll be on the same page when you speak tomorrow, to make sure the dollars received are properly matched in QB. This way, we're putting the funds towards the same jobs and so we know which jobs are still outstanding.
>
> We are seeing a bunch of jobs with credits attributed. We'll finish this accounting and then shoot over a summary reflecting the accounting changes Jason entered.
>
> Very Truly Yours,
>
> Andrew Lis
> ENVIRONMENTAL SERVICES PROGRAMS (ESP)
>
> NY Office: 95 Orchard St #2, New York, NY 10002
> C: 718-930-4277
> E: ALis@EnvironmentalServicesPrograms.com
>    ALis@ESP.us

**From:** Jason Lancaster <jlancaster@gplog.us>
**Sent:** Thursday, September 27, 2018 10:22:41 PM
**To:** Cindy Roberts; Michelle Esteva
**Cc:** Andrew Lis
**Subject:** RE: NHA reconciliation assistance

Cindy,

I have completed the NHA updates. Please review and confirm on your end. The overdue amounts match what I have in NetCHB as well.


Best Regards,

Jason Lancaster
Director Business Development
*Gulf Premier Logistics*
340 N. Sam Houston Pkwy E Suite 217
Houston, TX 77060
jlancaster@gplog.us

(281) 416-5527 Office
(281) 741-9164 Fax
(281) 932-0871 Cell


www.gulfpremierlogistics.com

U.S. Customhouse Broker 28576
Freight Forwarder/ NVOCC 023892NF

*All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details.

**NOTE: pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges.

DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight

forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

---
---

---

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).
Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.
All business accepted per our standard trading terms and conditions, copy available on request or from our website.http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

**From:** Cindy Roberts <cindyqbadvisor@gmail.com>
**Sent:** Thursday, September 27, 2018 1:10 PM
**To:** Michelle Esteva <hello@environmentalservicesprograms.com>
**Cc:** Andrew <alis@environmentalservicesprograms.com>; Jason Lancaster <jlancaster@gplog.us>
**Subject:** Re: NHA reconciliation assistance

Yes we can do that,

Please forward me whatever other documentation you have. The bank deposits are in the system as I have reconciled the Chase account through August. So you

must look at it that there is an error in classification not that the deposit is not there.

Just a tip, for a particular amount in question, do a global search for the amount. If it doesn't come up in your search, verify that the amount is correct.

Let me know a time for next week. As of right now I am open Tue, Wed and Thur.

Sincerely,
Cindy Roberts
Quickbooks Pro Advisor, Advanced


On Thu, Sep 27, 2018 at 12:08 PM Michelle Esteva <hello@environmentalservicesprograms.com> wrote:

> Hi Cindy,
>
> Andrew and I have been attempting to reconcile the payment history between GPL and ESP for NHA jobs. After our best efforts, there remains an outstanding balance of $267,477.723 owed to ESP from GPL.
>
> Further, attributed payments in Quickbooks do not match the bank record.
>
> I've attached two spreadsheets that reflect 1) GPL deposit history to ESP bank account; 2) GPL payment attribution per ESP job.
>
> Might you have a moment early next week to review these documents with me and try to make sense of what's missing/misappropriated?
>
> If so, I'm happy to email you further notes about each document to save you time in your review.
>
> Thanks, Cindy!
>
> Michelle Marie Esteva
> **ENVIRONMENTAL SERVICES PROGRAMS (ESP)**
> 95 Orchard Street, New York, NY 10002
> C: +1 917 545 2022

Gulf Premier Logistics 340 N. Sam Houston Parkway Suite 217 Houston, Texas 77060 Office: 281 416 5527 Fax: 281 741 9164 www.gulfpremierlogistics.com U.S. Customhouse Broker 28576 Freight Forwarder/ NVOCC 023892NF *All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details. **NOTE:

pricing subject to change based on steamship line GRI, BAF, peak season, or other applicable charges. DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients' goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise.

---

_____ The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s). Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company. All business accepted per our standard trading terms and conditions, copy available on request or from our website.http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

Gulf Premier Logistics340 N. Sam Houston Parkway Suite 217Houston, Texas 77060Office: 281 416 5527Fax: 281 741 9164www.gulfpremierlogistics.com U.S. Customhouse Broker 28576Freight Forwarder/ NVOCC 023892NF *All Ocean Importers - The ISF filing penalty phase begins 01/26/10 in order to ensure compliance and reduce the risk of Customs Penalties of $5,000 per violation start filing today. Gulf Premier Logistics is ready to assist, contact us for details. **NOTE: pricing subject to change

based on steamship line GRI, BAF, peak season, or other applicable charges. DISCLAIMER: Any quotes provided are subject to change based on actual circumstances. Rates are subject to change without notice and subject to actual weight/dimensions at time of shipment. Quote is subject to carrier equipment and space availability. Payload weight subject to all state legal weight regulations; any additional charges due to containers exceeding the Maximum Payload weights shall be for the account of the cargo. As your customhouse broker and/or freight forwarder, Gulf Premier Logistics is responsible for preparing and submitting documents to the U.S. Government to assist in the importation and exportation of our clients? goods. Our clients are responsible for providing all material facts needed for GPL to properly prepare and submit documents to the government and for other services for which we have been engaged, including but not limited to: 1. Descriptions of goods; 2. Origin of goods; 3. Quantities of goods to be shipped 4. Sales prices of goods or, where goods are not sold, the circumstances of their transfer; 5. Relationships between parties; 6. Countries to which goods are destined; 7. Names and addresses of ultimate consignees; 8. Manufacturers names, etc. The failure by our customers to properly advise GPL of any relevant facts absolves GPL from any liability whatsoever, including but not limited to penalties, liquidated damages, seizures, debarments and any other consequential damages of any nature.9 Cargo/Marine insurance is not included and can be provided upon written request. 10. All quotes valid for 30 days, unless advised otherwise._____

_____The information transmitted herein is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any/all computer(s).Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.All business accepted per our standard trading terms and conditions, copy available on request or from our website.http://www.gulfpremierlogistics.com We encourage our customers to request and utilize cargo insurance for all their shipments as carrier and warehouse liability is limited.

[table illegible]

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1611 192 | 1486.17 | 5676A1 | S Chicago, IL | NHA | 1 | $1,694.820 | 2018-03-02 | $ 1,624.11 | $ 1,598.02 | 9/12/18 09/11/18 | | $61.710 |
| 1611 193 | 1497.14 | 5676A1 | S Chicago, IL | NHA | 1 | $1,749.110 | 2018-03-05 | | $ 1,621.11 | 9/11/18 | | $1,749.110 |
| 1611 193 | 1393.16 | 5676A1 | S Chicago, IL | NHA | 1 | $1,281.100 | 2018-09-24 | $ 1,393.82 | $ 1,486.19 | unpaid | 09/11/18 | $100.170 |
| 1611 194 | 1505.07 | 5676A1 | S Chicago, IL | NHA | 1 | $0.000 | | | | | | $0.000 |
| 1702 05 | 22968 | LG&T INGESTOWN | Robstown, TX | NHA | 1 | $18,348.620 | 2017-06-02 | | $ | UNPAID | | $18,9014.02 |
| 1702 06 | FL C8171.2 | Edna Harlan Soln | Hurlwood, TX | NHA | 2 | $18,077.232 | 2017-05-29 | $ | $ | unpaid | | $18,077.232 |
| 1705 18 | WSW 25-04 DJ003 | LG&T - SQ-OH | Carson, OH | NHA | 2 | $28,361.100 | 2017-12-04 | $ 14,731.42 | $ 28,208.19 | 5/1/18 05/01/18 | | $1,611.710 |
| 1709 25 | 22727 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $25,526.190 | 2017-12-20 | $ 26,179.93 | $ 25,176.93 | no change | 01/26/18 | $120.000 |
| 1710 09 | FL-9697.216 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $28,781.190 | 2018-02-15 | 0 | $28,296.41 | 1/20/18 | | $28,784.190 |
| 1710 32 (1) | WK.945.217 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $27,275.790 | 2018-01-30 | $ 26,695.94 | $ 25,695.98 | no change | 03/16/18 | -$3,883.200 |
| 1710 17 (2) | YC MW4.161 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $31,940.250 | 2018-01-24 | $ 25,439.01 | $ 31,204.05 | 3/23/18 03/23/18 | | $1,789.760 |
| 1712 39 | Serv 2382,2628, 2681,2687,2698 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $25,699.660 | 2018-05-01 | | $ 25,699.60 | 6/19/18 06/20/18 | | $25,699.660 |
| 1712 42 | YC-MW21V4 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $26,092.850 | 2018-05-01 | $ 54,906.79 | $ 25,942.05 | 6/29/18 | | $1,559.207 |
| 1801 01 | Circle R D Slopen J Ranch AB | LG&T - SQ-OH | Carson, OH | NHA | 1 | $26,270.690 | 2018-04-20 | | $ 26,113.09 | 6/19/18 | | $1,559.207 |
| 1801 02 | BPI4A D Slopen J Ranch AB | LG&T - SQ-OH | Carson, OH | NHA | 1 | $30,302.930 | 2018-07-20 | $ 32,016.67 | $ 30,717.95 | 6/20/18 | 06/20/18 | -$2,735.040 |
| 1801 03 | BPI4A DSI 709 NJK71 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $33,231.700 | 2018-05-09 | | 33,156.67 | 6/20/18 | | |
| 1801 04 | B SPO 75-04-944-01 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $27,729.050 | 2018-06-29 | $ 27,927.95 | $ 27,579.95 | 7/16/18 07/16/18 | | $281.080 |
| 1801 05 | MO04.04.0029-011 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $16,949.170 | 2018-06-27 | $ 16,323.16 | $ 16,818.14 | 7/16/18 07/16/18 | | $125.030 |
| 1801 06 | B BPIO US US 21.29 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $28,791.330 | 2018-06-27 | $ 30,031.42 | $ 28,641.32 | 9/12/18 09/12/18 | | $180.000 |
| 1801 07 A | B BPIO US V28 42 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $44,485.190 | 2018-07-05 | $ 44,950.94 | $ 44,146.90 | 7/16/18 07/16/18 | | $125.010 |
| 1801 07 B | M104A 19 9662 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $43,402.480 | 2018-07-20 | | $ 43,277.48 | unpaid | | $1,402.00 |
| 1801 08 A-B | B BPIO US W02 14 | LG&T - SQ-OH | Carson, OH | NHA | 2 | $76,401.548 | 2018-03-01 | $ 36,253.16 | $ 26,403.56 | 9/12/18 09/13/18 | | $150.000 |
| 1801 09 A-B | B BPIO US SB42 | LG&T - SQ-OH | Carson, OH | NHA | 2 | $58,364.040 | 2018-03-04 | | $ 58,214.04 | unpaid | | $58,364.040 |
| 1801 10 | B BPIO US 4010 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $32,051.380 | 2018-03-04 | | $ 32,051.38 | unpaid | | $32,051.380 |
| 1801 11 A | B BPIO US 627 71 | LG&T - SQ-OH | Carson, OH | NHA | 1 | $63,635.110 | 2018-04-26 | | $ 63,635.12 | unpaid | | $63,635.110 |
| 1801 12 A | MRKT. 20-105 PNA84 | LG&T - SQ-OH | Carson, OH | NHA | 2 | | | | | | | $0.000 |
| 1801 13 AB | | LG&T - SQ-OH | Carson, OH | NHA | 2 | | | | | | | $0.000 |
| 1801 14 AB | | LG&T - SQ-OH | Carson, OH | NHA | 2 | | | | | | | $0.000 |
| 1801 15 AB | | LG&T - SQ-OH | Carson, OH | NHA | 2 | | | | | | | $0.000 |
| 1801 16 AB | | LG&T - SQ-OH | Carson, OH | NHA | 2 | | | | | | | $0.000 |

| | | | |
|---|---|---|---|
| $981,037,958 TOTAL DUE | $ 471,823.88 | $ 434,111.90 | TOTAL PD |
| | | TOTAL BAL DUE EXP | $205,734.193 |
| AS OF | 9/26/18 | | |