**Exhibit L**

US Ecology Texas, Inc.
P.O. Box 307
3277 County Road 69
Robstown, TX 78380

Phone: (800) 242 3209
(361) 387-3518
Fax: (361) 387 0794
(361) 387-0677

# US Ecology Texas, Inc.
a *US Ecology Inc.* company

## INVOICE

Page 1 of 1

JAL ENVIRONMENTAL SERVICES PROGRAMS LLC
Attn: ANDREW LIS
61 WEST 10TH STREET, APT 2A
NEW YORK, NY 10002

**Invoice #:** T145522
**Invoice date:** 11/30/2018
**Customer ID:** 9945943 / C027073

**Please remit checks to:**
P.O. BOX 26273
Salt Lake City, UT 84126-0273

**Please wire to:**
Bank: Wells Fargo Bank, N.A San Francisco, CA
ABA: 121000248     Account #: 5130000820
Account Name: USE/Subsidiaries

**Terms: COD**

| Quantity | Unit | DESCRIPTION | Rate | Total |
|---|---|---|---|---|
| Generator: PCS NITROGEN, LA HWY 30 & 3115, GEISMAR, LA 70734 | | | EPA ID: LAR000054791 | |
| Reference #: 18112817372-011985011FLE-1-1 | | Waste Stream #: 090109106-1    PO#: 18-11-22 | | |
| 20.4 | TON/YARD | DIRECT LANDFILL (SELF HEATING) | $125.00 | $2,550.00 |
| 18.21 | TONS(2000 LBS) | FEE | $7.50 | $136.58 |
| | | 10% Energy, Insurance and Recovery fee | | $281.00 |
| 1 | | e-Manifest Submission Fee | $10.00 | $10.00 |
| 1 | LOAD | FLO BIN MANAGEMENT FEE | $260.00 | $260.00 |
| | | | **Total** | **$3,237.58** |

\*\* Minimum quantity/minimum charge applied

#42793/7372

Form Approved OMB No. 2050-0039

## UNIFORM HAZARDOUS WASTE MANIFEST

| 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number |
|---|---|---|---|
| LAD980875934 | 1 | 800-424-9300 | 011985011 FLE |

**5. Generator's Name and Mailing Address:** PCS Nitrogen Fertilizer, Hwy 3115, Geismar, LA 70734
**Generator's Phone:** (225) 621-1532

**6. Transporter 1 Company Name:** UV Logistics
**U.S. EPA ID Number:** LAD174881524

**7. Transporter 2 Company Name:**
**U.S. EPA ID Number:**

**8. Designated Facility Name and Site Address:** US Ecology, 3277 County Road 69, Robbstown, TX 78380
**Facility's Phone:** (800) 242-3209
**U.S. EPA ID Number:** TXD069452340

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN3190, waste self-igniting solid, inorganic, NOS (iron chrome), 4.2, PGII | 6 | TP | 39,000 | P | D001 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

**14. Special Handling Instructions and Additional Information:** Tare 5437   HTS

**15. GENERATOR'S/OFFEROR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

Generator's/Offeror's Printed/Typed Name: Chad Richardson   Signature: Chad Richardson   Month/Day/Year: 11/27/18

**16. International Shipments:** ☐ Import to U.S.  ☐ Export from U.S.   Port of entry/exit: ___   Date leaving U.S.: ___

**17. Transporter Acknowledgment of Receipt of Materials**
Transporter 1 Printed/Typed Name: Dustin Dupont   Signature: ___   Month/Day/Year: 11/27/18
Transporter 2 Printed/Typed Name:

**18. Discrepancy**
18a. Discrepancy Indication Space: ☐ Quantity  ☐ Type  ☑ Residue  ☐ Partial Rejection  ☐ Full Rejection
Box 10: container type CM 13: D001 does not apply  0901084643-1  11/28/18 per Andrew L's a.c.
Box 13: State waste code OUTS 3191 Box 14: PAH/L   Manifest Reference Number

18b. Alternate Facility (or Generator):   U.S. EPA ID Number:
Facility's Phone:
18c. Signature of Alternate Facility (or Generator):   Month Day Year

**19. Hazardous Waste Report Management Method Codes**
1. H132   2.   3.   4.

**20. Designated Facility Owner or Operator:** Certification of receipt of hazardous materials covered by the manifest except as noted in item 18a
Printed/Typed Name: Tavius Blondell   Signature: ___   Month/Day/Year: 11/29/18

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.   DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

# Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

**Scale Ticket #:** 294862
**Checkin Date:** 11/28/2018 **Time:** 11:09

**Work Order #:** 18112817372
**Checkout Date:** 11/28/2018 **Time:** 14:13

011985011FLE

**Transporter:**
UV Logistics
3727 Highway 90 E
Broussard, LA
**EPA ID:** LAD174881524

**Truck #:** 42793 **Tractor #:** **Trailer #:**

**Driver:** DUSTIN DUPONT

**Customer**
JAL ENVIRONMENTAL SERVICES PROGRAMS LLC
95 ORCHARD ST. SUITE 2
NEW YORK, NY

| | |
|---|---|
| **GROSS WEIGHT :** | 75,220.00 LBs |
| **TARE WEIGHT :** | 38,800.00 LBs |
| **NET WEIGHT :** | 36,420.00 LBs |

US Ecology Texas, Inc.  
P.O. Box 307  
3277 County Road 69  
Robstown, TX 78380

Phone: (800) 242 3209  
       (361) 387-3518  
Fax: (361) 387 0794  
     (361) 387-0577

# US Ecology Texas, Inc.
a *US Ecology Inc.* company

## INVOICE

Page 1 of 2

JAL ENVIRONMENTAL SERVICES PROGRAMS LLC  
Attn: ANDREW LIS  
61 WEST 10TH STREET APT 2A  
NEW YORK, NY 10002

**Invoice #:** TC146587  
**Invoice date:** 01/10/2019  
**Customer ID:** 9945943 / C027073

**Please remit checks to:**  
P.O. BOX 26273  
Salt Lake City, UT 84126-0273

**Please wire to:**  
Bank: Wells Fargo Bank, N.A San Francisco, CA  
ABA: 121000248  Account #: 5130000820  
Account Name: USE/Subsidiaries

**Terms:** 30 Days

Original Invoice numbers for reference  
TC146555  TC146556

| Quantity | Unit | DESCRIPTION | Rate | Total |
|---|---|---|---|---|
| Generator: PCS NITROGEN, LA HWY 30 & 3115, GEISMAR, LA 70734 | | | EPA ID: LAR000054791 | |
| Reference #: 18112817381-011985015FLE-1-1 | Waste Stream #: 090109106-1 | PO#: 18-11-22 | | |
| 1 | LOAD | FLO BIN MANAGEMENT FEE | $260.00 | $260.00 |
| 1 | | e-Manifest Fee | $10.00 | $10.00 |
| 1 | | 10% energy surcharge | $222.25 | $222.25 |
| 17.78 | TONS(2000 LBS) | FEE | $7.50 | $133.35 |
| 17.78 | TONS(2000 LBS) | DIRECT LANDFILL (SELF HEATING) | $125.00 | $2,222.50 |
| Reference #: 18113017558-011985012FLE-1-1 | Waste Stream #: 090109106-1 | PO#: 18-11-22 | | |
| 14.24 | TONS(2000 LBS) | DIRECT LANDFILL (SELF HEATING) | $125.00 | $1,780.00 |
| 14.24 | TONS(2000 LBS) | FEE | $7.50 | $106.80 |
| 1 | LOAD | FLO BIN MANAGEMENT FEE | $260.00 | $260.00 |
| 1 | | 10% energy surcharge | $178.00 | $178.00 |
| 1 | | e-Manifest Fee | $10.00 | $10.00 |
| Reference #: 18121418257-011985014FLE-1-1 | Waste Stream #: 090109106-1 | PO#: 18-11-22 | | |
| 14.53 | TONS(2000 LBS) | FEE | $7.50 | $108.98 |
| 14.53 | TONS(2000 LBS) | DIRECT LANDFILL (SELF HEATING) | $125.00 | $1,816.25 |
| 1 | | 10% energy surcharge | $181.63 | $181.63 |
| 1 | LOAD | FLO BIN MANAGEMENT FEE | $260.00 | $260.00 |
| 1 | | e-Manifest Fee | $10.00 | $10.00 |
| Reference #: 18121418268-006457548FLE-1-1 | Waste Stream #: 090109106-1 | PO#: 18-11-22 | | |
| 1 | | e-Manifest Fee | $10.00 | $10.00 |

\*\* Minimum quantity/minimum charge applied.

| US Ecology Texas, Inc. | Phone: (800) 242 3209 |
|---|---|
| P.O. Box 307 | (361) 387-3518 |
| 3277 County Road 69 | Fax: (361) 387 0794 |
| Robstown, TX 78380 | (361) 387-0577 |

# US Ecology Texas, Inc.
a *US Ecology Inc.* company

## INVOICE

Page 2 of 2

JAL ENVIRONMENTAL SERVICES PROGRAMS LLC

Attn : ANDREW LIS

61 WEST 10TH STREET APT 2A

NEW YORK, NY 10002

**Invoice #:** TC146587
**Invoice date:** 01/10/2019
**Customer ID:** 9945943 / C027073

**Please remit checks to:**
P.O. BOX 26273
Salt Lake City, UT 84126-0273

**Please wire to:**
Bank: Wells Fargo Bank, N.A San Francisco, CA
ABA: 121000248    Account #: 5130000820
Account Name: USE/Subsidiaries

**Terms:** 30 Days

**Original Invoice numbers for reference**
TC146555    TC146556

| Quantity | Unit | DESCRIPTION | Rate | Total |
|---|---|---|---|---|
| Generator: PCS NITROGEN, LA HWY 30 & 3115, GEISMAR, LA 70734 | | | EPA ID: LAR000054791 | |
| Reference #: 18121418268-006457548FLE-1-1 | Waste Stream #: 090109106-1 | PO#: 18-11-22 | | |
| 1 | LOAD | FLO BIN MANAGEMENT FEE | $260.00 | $260.00 |
| 12.85 | TONS(2000 LBS) | FEE | $7.50 | $96.38 |
| 1 | | 10% energy surcharge | $160.63 | $160.63 |
| 12.85 | TONS(2000 LBS) | DIRECT LANDFILL (SELF HEATING) | $125.00 | $1,606.25 |
| | | | **Total** | **$9,693.02** |

** Minimum quantity/minimum charge applied.

\# 42794 17381 on

| | | | |
|---|---|---|---|
| Please print or type. (Form designed for use on elite (12-pitch) typewriter.) | | | Form Approved. OMB No. 2050-0039 |

**UNIFORM HAZARDOUS WASTE MANIFEST**

1. Generator ID Number: LAD980875934
2. Page 1 of 1
3. Emergency Response Phone: 800-424-9300
4. Manifest Tracking Number: 011985015 FLE

5. Generator's Name and Mailing Address:
PCS Nitrogen Fertilizer
Hwy 3115
Geismar, LA 70734
Generator's Phone: (225) 621-1532

6. Transporter 1 Company Name: UV Logistics
U.S. EPA ID Number: LAD 174881524

7. Transporter 2 Company Name:
U.S. EPA ID Number:

8. Designated Facility Name and Site Address:
US Ecology
3277 County Road 69
Robbstown, TX 78380
Facility's Phone: (800) 242-3209
U.S. EPA ID Number: TXD069452340

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | Type | 11. Total Quantity | 12. Unit Wt/Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN3190, waste self-igniting solid, inorganic, NOS (iron, chrome), 4.2, PG II | 6 | TP | 40,000 | P | D001 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

Generator's/Offeror's Printed/Typed Name: Chad Richardson
Signature: Chad Richardson
Month/Day/Year: 11/27/18

16. International Shipments: ☐ Import to U.S. ☐ Export from U.S. Port of entry/exit: ___ Date leaving U.S.: ___
Transporter signature (for exports only):

17. Transporter Acknowledgment of Receipt of Materials
Transporter 1 Printed/Typed Name: Ryan Burke
Signature: Ryan B__
Month/Day/Year: 11/27/18
Transporter 2 Printed/Typed Name:

18. Discrepancy
18a. Discrepancy Indication Space: ☒ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection
Profile 040169111-1 / DOT53191/ Remove and per Andrew Lis 11/28/18 @
Container rec. CN Received 35560 pounds - approved per Andrew Lis 12-10-18 @

18b. Alternate Facility (or Generator): 
U.S. EPA ID Number:
Facility's Phone:
18c. Signature of Alternate Facility (or Generator):
Month/Day/Year:

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
1. H132
2.
3.
4.

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a
Printed/Typed Name: James Valzado
Signature: ___
Month/Day/Year: 11/28/18

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.
DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

## Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

Scale Ticket #: 294861  
Checkin Date: 11/28/2018  Time: 11:05

Work Order #: 18112817381  
Checkout Date: 11/28/2018  Time: 14:17

011985015FLE

**Transporter:**  
UV Logistics  
3727 Highway 90 E  
Broussard, LA  
EPA ID: LAD174881524

**Customer**  
JAL ENVIRONMENTAL SERVICES PROGRAMS LLC  
95 ORCHARD ST. SUITE 2  
NEW YORK, NY

Truck #: 42794   Tractor #:   Trailer #:

Driver: RYAN BURKE

| | | |
|---|---:|---|
| **GROSS WEIGHT :** | 74,640.00 | **LBs** |
| **TARE WEIGHT :** | 39,080.00 | **LBs** |
| **NET WEIGHT :** | 35,560.00 | **LBs** |

17558 M

# UNIFORM HAZARDOUS WASTE MANIFEST

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)  
Form Approved. OMB No. 2050-0039

| Field | Value |
|---|---|
| 1. Generator ID Number | LAD980875934 |
| 2. Page 1 of | 1 |
| 3. Emergency Response Phone | 800-424-9300 |
| 4. Manifest Tracking Number | 011985012 FLE |

**5. Generator's Name and Mailing Address:** PCS Nitrogen Fertilizer, Hwy 3115 PO Box 307, Geismar, LA 70734
**Generator's Phone:** (225) 621-1532

**6. Transporter 1 Company Name:** Lake City Trucking
**U.S. EPA ID Number:** LAR000059592 / LAR000029530

**7. Transporter 2 Company Name:**
**U.S. EPA ID Number:**

**8. Designated Facility Name and Site Address:** US Ecology, 3277 County Rd 69, Robbstown, TX
**Facility's Phone:** (800) 242-3209
**U.S. EPA ID Number:** TXD069452340

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN3190, waste Self-heating Solid, Inorganic NOS (iron chrome), 4.2, PG II | 6 | TP | 37991 | P | D001 / OUTS 3091 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

**14. Special Handling Instructions and Additional Information**
TARE 5509  Net 43,000
HTS  090109106 - P6 1811-22

**15. GENERATOR'S/OFFEROR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

Generator's/Offeror's Printed/Typed Name: Chad Richardson
Signature: Chad Richeto
Date: 11/29/18

**16. International Shipments:** ☐ Import to U.S.  ☐ Export from U.S.  Port of entry/exit: ___  Date leaving U.S.: ___

**17. Transporter Acknowledgment of Receipt of Materials**
Transporter 1 Printed/Typed Name: CLIFFORD JOHNSON
Signature: Clifford J
Date: 1/29/18

Transporter 2 Printed/Typed Name:

**18. Discrepancy**
**18a. Discrepancy Indication Space:** ☒ Quantity  ☐ Type  ☐ Residue  ☐ Partial Rejection  ☐ Full Rejection
Change container type to CM Remove D001 code per Andrew Lis 11-30-18 ac
Received 28470 pounds approved per Andrew Lis 12-10-18 ac

**18b. Alternate Facility (or Generator):**
**U.S. EPA ID Number:**
**Facility's Phone:**

**18c. Signature of Alternate Facility (or Generator):**

**19. Hazardous Waste Report Management Method Codes** (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
1. H132  2.  3.  4.

**20. Designated Facility Owner or Operator:** Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a
Printed/Typed Name: Ronica Guajardo
Signature: Ronica Guajardo
Date: 11/30/18

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.   DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

## Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

Scale Ticket #: 295026　　　　　　　　　　　　　　　Work Order #: 18113017558
Checkin Date: 11/30/2018　Time: 11:18　　　　　　　Checkout Date: 11/30/2018　Time: 12:21

011985012FLE

**Transporter:**
LAKE CITY TRUCKING
5700 BJ CEMENT RD
LAKE CHARLES, LA
EPA ID: LAR000029330

**Customer**
JAL ENVIRONMENTAL SERVICES PROGRAMS LLC
95 ORCHARD ST. SUITE 2
NEW YORK, NY

Truck #: 1135　　　　　Tractor #:　　　　　Trailer #:

Driver: CLIFFORD JOHNSON

| | | |
|---|---:|---|
| **GROSS WEIGHT :** | 73,940.00 | LBs |
| **TARE WEIGHT :** | 45,470.00 | LBs |
| **NET WEIGHT :** | 28,470.00 | LBs |

1825 M

1825?

| Please print or type. (Form designed for use on elite (12-pitch) typewriter.) | | | | Form Approved. OMB No. 2050-0039 |
|---|---|---|---|---|
| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number LAD980875934 | 2. Page 1 of 1 | 3. Emergency Response Phone 800-424-9300 | 4. Manifest Tracking Number 011985014 FLE |

5. Generator's Name and Mailing Address: CSM for PCS Nitrogen, P.O. Box 307, Geismar, LA 70734
Generator's Phone: (225) 621-1532
Generator's Site Address: 5301 Hwy 3115, Geismar, LA 70734

6. Transporter 1 Company Name: Acme Truck Line
U.S. EPA ID Number: LAR000035386

7. Transporter 2 Company Name:

8. Designated Facility Name and Site Address: US Ecology Texas (Robbstown Facility), 3277 County Road 69, Robbstown TX 78360
Facility's Phone: (361) 387-3518 x2234  Attn: Laura Rodriguez
U.S. EPA ID Number: TXD069452340

| 9a. HM | 9b. U.S. DOT Description | 10. Containers No. / Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|
| X | 1. UN3190, waste, self-igniting solid, inorganic, N.O.S. (Chromium Oxides), 4.2, PG II | 5 / CM | 29,426 | P | D001 |
| | 2. | | | | |
| | 3. | | | | |
| | 4. | | | | |

14. Special Handling Instructions and Additional Information:
Iron chrome catalyst   TARE 4614 bins
TARE truck 31980

15. GENERATOR'S/OFFEROR'S CERTIFICATION:
Generator's/Offeror's Printed/Typed Name: Chad Richardson
Signature: Chad Richards
Month/Day/Year: 12/13/18

16. International Shipments: □ Import to U.S.  □ Export from U.S.

17. Transporter Acknowledgment of Receipt of Materials
Transporter 1 Printed/Typed Name: Matthew Arceneaux
Signature: [signed]

18. Discrepancy
18a. Discrepancy Indication Space: Remove D001 per Andrews 12/14/18 ⓒ
US-109106-1 - STAY waste code  DOT 3191 per Andrews 12/14/18

19. Hazardous Waste Report Management Method Codes:
1. H132

20. Designated Facility Owner or Operator: Certification of receipt
Printed/Typed Name: James Elizondo
Signature: [signed]
Month/Day/Year: 12/14/18

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.   DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

## Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

Scale Ticket #: 295704
Checkin Date: 12/14/2018   Time: 08:22

Work Order #: 18121418257
Checkout Date: 12/14/2018   Time: 10:28

011985014FLE

**Transporter:**
ACME TRUCK LINE, INC
3563 FM 892
ROBSTOWN, TX
EPA ID: TXCESQG

**Customer**
JAL ENVIRONMENTAL SERVICES PROGRAMS LLC
95 ORCHARD ST. SUITE 2
NEW YORK, NY

Truck #: 359            Tractor #:            Trailer #:

Driver: MATTHEW ARCENEAUX

| | | |
|---|---:|---|
| GROSS WEIGHT : | 64,860.00 | LBs |
| TARE WEIGHT : | 35,810.00 | LBs |
| NET WEIGHT : | 29,050.00 | LBs |

18268M

**UNIFORM HAZARDOUS WASTE MANIFEST**

Form Approved. OMB No. 2050-0039

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

| 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number |
|---|---|---|---|
| LAD980825934 | | 800-424-9300 | 006457548 FLE |

5. Generator's Name and Mailing Address: CSM for PCS Nitrogen, ~~Hwy~~ P.O. Box 307, Geismar, LA 70734

Generator's Site Address (if different than mailing address): ~~P.O. Box 307~~ 5301 Hwy 3115, Geismar, LA 70734

Generator's Phone: (225) 621-1532

6. Transporter 1 Company Name: ACME Trucking
U.S. EPA ID Number: LAR000035386

7. Transporter 2 Company Name:

8. Designated Facility Name and Site Address: US Ecology Texas (Robstown Facility)
3277 County Road 69
Attn: Laura Rodriguez (361) 387-3518 x 2234
Robstown, TX 78360
Facility's Phone: (361) 387-3518 x 2234
U.S. EPA ID Number: TXD069452340

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | 10. Containers Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN3190, Bwaste, self-igniting solid, inorganic, NOS (Chromium Oxides) 4.2, PG II | 5 | CM | 25669 | P | D001 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information
Iron chrome catalyst
TARE bins 4611
TARE truck 29660

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

Generator's/Offeror's Printed/Typed Name: Chad Richardson
Signature: Chad Richardson
Month/Day/Year: 12/13/18

16. International Shipments ☐ Import to U.S. ☐ Export from U.S. Port of entry/exit:
Transporter signature (for exports only): Date leaving U.S.:

17. Transporter Acknowledgment of Receipt of Materials
Transporter 1 Printed/Typed Name: G. Luce
Signature: [signature]
Month/Day/Year: 12/13/18

Transporter 2 Printed/Typed Name:

18. Discrepancy
18a. Discrepancy Indication Space ☐ Quantity ☐ Type ☐ Residue ☐ Partial Rejection ☐ Full Rejection
Profile # 109106-1 SWC OUT 3191 Remove per Andrewlis 12/14/18 RS
Manifest Reference Number:

18b. Alternate Facility (or Generator):
U.S. EPA ID Number:
Facility's Phone:

18c. Signature of Alternate Facility (or Generator):
Month Day Year

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
1. 2. 3. 4.

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a
Printed/Typed Name: Mica Guajardo
Signature: Monica Crumb
Month/Day/Year: 12/14/18

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

(Rev. 3-05) Previous editions are obsolete.

## Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

Scale Ticket #: 295723　　　　　　　　　　　　　　Work Order #: 18121418268
Checkin Date: 12/14/2018　Time: 10:10　　　　Checkout Date: 12/14/2018　Time: 13:01

006457548FLE

**Transporter:**　　　　　　　　　　　　　　　　**Customer**
ACME TRUCK LINE　　　　　　　　　　　　　　JAL ENVIRONMENTAL SERVICES PROGRAMS LLC
200 WESTBANK EXPWY　　　　　　　　　　　95 ORCHARD ST, SUITE 2
GRETNA, LA　　　　　　　　　　　　　　　　　NEW YORK, NY
　EPA ID: LAR000035386

Truck #: 3952　　　　　　　Tractor #:　　　　　　　　Trailer #:

Driver: G LUCAS

|  |  |  |
|---|---:|---|
| GROSS WEIGHT : | 59,880.00 | LBs |
| TARE WEIGHT : | 34,190.00 | LBs |
| NET WEIGHT : | 25,690.00 | LBs |

US Ecology Texas, Inc.
P.O. Box 307
3277 County Road 69
Robstown, TX 78380

Phone: (800) 242 3209
       (361) 387-3518
Fax: (361) 387 0794
     (361) 387-0577

# US Ecology Texas, Inc.
a *US Ecology Inc.* company

## INVOICE

Page 1 of 1

JAL ENVIRONMENTAL SERVICES PROGRAMS LLC
Attn: ANDREW LIS
61 WEST 10TH STREET APT 2A
NEW YORK, NY 10011

**Invoice #:** TC147672
**Invoice date:** 02/14/2019
**Customer ID:** 9945943 / C027073

**Please remit checks to:**
P.O. BOX 26273
Salt Lake City, UT 84126-0273

**Please wire to:**
Bank: Wells Fargo Bank, N.A San Francisco, CA
ABA: 121000248    Account #: 5130000820
Account Name: USE/Subsidiaries

Terms: 30 Days

| Quantity | Unit | DESCRIPTION | Rate | Total |
|---|---|---|---|---|
| Reference #: | | PO#: 0 | | |
| -1 | EACH | FREIGHT LOT 23012 | $10,800.00 | ($10,800.00) |
| 1 | EACH | METAL CATALYST LOT 23012 80 SUPERSACKS | $40,283.32 | $40,283.32 |
| -1 | EACH | MANAGEMENT FEE LOT 23012 | $1,244.56 | ($1,244.56) |
| | | | **Total** | **$28,238.76** |

\*\* Minimum quantity/minimum charge applied.



**JAL Environmental Services Programs LLC (ESP NY)**
95 Orchard Street, #2, NY NY 10002
EIN# 82-5321789

# SETTLEMENT

**ESP-NY Ref#** 1712-38-17 / 23012

| SELLER: | US ECOLOGY TEXAS (ROBSTOWN FACILITY) | SHIPPER: | JAL ENVIRONMENTAL SERVICES PROGRAMS LLC (ESP NY) |
|---|---|---|---|
| | 3277 COUNTY ROAD 69 | | 61 West 10th Street, 2A |
| | ROBSTOWN TX 78380 | | New York, NY 10011 |
| | ATTN: PATRICK GRIFFIN & JASON LEWIS | | EIN# 82-5321789 |
| VIA EMAIL | | | Attn: Andrew Lis / Andrew@esp.world |
| | | | 718-930-4277 |

| | | | |
|---|---|---|---|
| | | SETTLEMENT DATE: | 01-FEB-2019 |
| BOOKING# | 8020354381 | COMMODITY: | MO CONCENTRATES |
| DATE SHIPPED: | NOVEMBER 22, 2018 | H.S. CODE: | 2613.90.00.00, Mo Concentrates |
| PORT OF LOADING: | HOUSTON, TX (CY) | GROSS WT (LBS) | 165,941.75 |
| PORT OF DISCHARGE: | HAIPHONG, VIETNAM | NET WT (LBS) | 162,061.62 |
| ETA: | JANUARY 21, 2019 | | |
| INCOTERM: | CIF HAIPHONG | BAG COUNT | 80 SUPERSACKS, in 1 LOT |
| VSL / VOY: | COSCO PIRAEUS 032W(GME) | PAYMENT TERMS: | Payment Due Net 30 |
| CONTAINER COUNT: | 40' CT / HC x 4 | | after receipt of invoice |

| SUMMARY: | 1712-38-17 / 23012, consisting of 80 SUPERSACKS, in 1 LOT | | | | |
|---|---|---|---|---|---|
| NET WET LBS | 162,061.616 | | | | |
| H20% | 15.10% | X | 162,061.616 | = | 24,471.3 |
| NET DRY LBS | 137,590.31 | | | | |
| MO% | 8.99% | X | 137,590.31 | = | 12,369.369 |
| LBS MO CONTAINED | 12,369.369 TOTAL | | | | |
| LMB Percentage Paid | 29.00% LMB Price - 5% for excessive moisture | | | | |
| MOLYBDENUM VALUE: | $11.230 per LB (January 2019 L/MB Average Price) | | | | |
| Per LB Calculation: | $3.257 Value Per LB Molybdenum | | | | |
| Value Calculation: | $40,283.32 Gross Value | | | | |
| MANAGEMENT FEE: | $15.00 ST x 82.97 | | | = | $1,244.56 |
| FREIGHT COST: | 40' CT / HC x 4 x $2700 per unit | | | = | $10,800.00 |
| INVOICE CALCULATION: | $40,283.32 Gross Value - $1,244.56 - $10,800.00 | | | | |

### DUE US ECOLOGY TEXAS (ROBSTOWN FACILITY)  $28,238.76

**Payment Terms:** Net 30 from Date of Invoice

Please Sign as Confirmation:

For: US Ecology Texas
Date: 02/05/19

When sending Invoice, please remember to include:
| BANK NAME | ADDRESS |
| ACH ROUTING# | SWIFT / BIC# |
| ACCOUNT HOLDER | ACCOUNT TYPE |

Environmentally Sound, Economically Strong
Programs for the Next Generation

US Ecology Texas, Inc.  
P.O. Box 307  
3277 County Road 69  
Robstown, TX 78380

Phone: (800) 242 3209  
      (361) 387-3518  
Fax: (361) 387 0794  
    (361) 387-0577

# US Ecology Texas, Inc.
a *US Ecology Inc.* company

## INVOICE

Page 1 of 1

JAL ENVIRONMENTAL SERVICES PROGRAMS LLC  
Attn: ANDREW LIS  
61 WEST 10TH STREET APT 2A  
NEW YORK, NY 10011

**Invoice #:** TC147543  
**Invoice date:** 02/05/2019  
**Customer ID:** 9945943 / C027073

**Please remit checks to:**  
P.O. BOX 26273  
Salt Lake City, UT 84126-0273

**Please wire to:**  
**Bank:** Wells Fargo Bank, N.A San Francisco, CA  
**ABA:** 121000248    **Account #:** 5130000820  
**Account Name:** USE/Subsidiaries

Terms: 30 Days

| Quantity | Unit | DESCRIPTION | Rate | Total |
|---|---|---|---|---|
| Reference #: | | PO#: 0 | | |
| -1 | EACH | FREIGHT LOT 23026 | $58.43 | ($58.43) |
| -1 | EACH | MANAGEMENT & W/S/A FEE LOT 23026 | $276.58 | ($276.58) |
| 1 | EACH | METAL CATALYST LOT 23022 116 BAGS | $333,188.46 | $333,188.46 |
| -1 | EACH | FREIGHT LOT 23022 | $568.57 | ($568.57) |
| -1 | EACH | MANAGEMENT & W/S/A FEE LOT 23022 | $2,691.07 | ($2,691.07) |
| 1 | EACH | METAL CATALYST LOT 23026 16 BAGS | $34,243.55 | $34,243.55 |
| | | | **Total** | **$363,837.36** |

\*\* Minimum quantity/minimum charge applied.



**JAL Environmental Services Programs LLC (ESP NY)**
95 Orchard Street, #2, NY NY 10002
EIN# 82-5321789

# SETTLEMENT

**ESP-NY Ref#** 1809-13-3 23022 & 23026

| | | | |
|---|---|---|---|
| SELLER: | US ECOLOGY TEXAS (ROBSTOWN FACILITY)<br>3277 COUNTY ROAD 69<br>ROBSTOWN TX 78380<br>ATTN: PATRICK GRIFFIN & JASON LEWIS<br>VIA EMAIL | SHIPPER: | JAL ENVIRONMENTAL SERVICES PROGRAMS LLC (ESP NY)<br>61 West 10th Street, 2A<br>New York, NY 10011<br>EIN# 82-5321789<br>Attn: Andrew Lis / Andrew@esp.world<br>718-930-4277 |

| | | | |
|---|---|---|---|
| | | SETTLEMENT DATE: | 28-JAN-2019 |
| BOOKING# | 8019769440 | COMMODITY: | VANADIUM CONCENTRATE |
| DATE SHIPPED: | 23-SEP-18 | H.S. CODE: | 2615.90.60.90, Vanadium Concentrates |
| PORT OF LOADING: | HOUSTON, TX (CY) | GROSS WEIGHT (KG) | 124,230.00 |
| PORT OF DISCHARGE: | HAIPHONG, VIETNAM (CY) | NET WEIGHT (KG) | 121,326.00 |
| ATA to POD: | 30 NOV 19 | GROSS WEIGHT (LBS) | 273,879.94 |
| INCOTERM: | CIF HAIPHONG | NET WET WEIGHT (LBS) | 267,477.73 |
| VSL / VOY: | COSCO BOSTON 153W | BAG COUNT: | 132 bags in two lots |
| CONTAINER COUNT: | 40' CT / HC x 7 | SETTLEMENT TERMS: | Results basis 3rd party reports |

| MATERIAL SUMMARY: | 1809-13-3 23022 & 23026, VANADIUM CONCENTRATES, 273,879.94 | | |
|---|---|---|---|
| 23022 (116 Bags): | 106.682 wmt - 1.12% H2O = | 105.487 net dry tons | |
| 23026 (16 Bags): | 14.644 wmt - 0.48% H2O = | 14.574 net dry tons | |
| MATERIAL QUALITY: | | | |
| 23022, Lbs V2O5: | 19.61% V2O5 x 105,487 net = | 45,604.77 | |
| 23026, Lbs V2O5: | 17.24% V2O5 x 14,574 net = | 5,539.23 | |
| VALUE CALCULATION: | $28.100 PER LB (NOVEMBER LMB VANADIUM PENTOXIDE PRICE) | | |
| 23022, price / LB V2O5: | 26% OF LMB X $28.1 / LB | = | $7.31 |
| 23026, price / LB V2O5: | 22% OF LMB X $28.1 / LB | = | $6.18 |
| 23022, Net Value: | 45,604.77 LBS V2O5 x $7.31 / lb V2O5 | = | $333,188.46 |
| 23026, Net Value: | 5,539.23 LBS V2O5 x $6.18 / lb V2O5 | = | $34,243.55 |
| LESS 50% W/S/A COST: | $1,827.10 X 50% SPLIT | = | $913.55 |
| NET VALUE: | $367,432.01 - $913.55 | = | $366,518.46 |
| FREIGHT DETENTION: | $627.00 penalty for USET on 1809/13(7) | = | $627.00 |
| MANAGEMENT FEE: | $15.00 / ST x 136.940 | = | $2,054.10 |

| DUE US ECOLOGY TEXAS (ROBSTOWN FACILITY) | $363,837.36 |
|---|---|

**Payment Terms:** Net 30 from Date of Invoice

Please Sign as Confirmation: _____
For: US Ecology Texas
Date: 02/04/2019

When sending invoice, please remember to include:
BANK NAME    ADDRESS
ACH ROUTING#    SWIFT / BIC#
ACCOUNT HOLDER    ACCOUNT TYPE

Environmentally Sound, Economically Strong
Programs for the Next Generation