**Exhibit M**

US Ecology Texas, Inc.
P.O. Box 307
3277 County Road 69
Robstown, TX 78380

Phone: (800) 242 3209
(361) 387-3518
Fax: (361) 387 0794
(361) 387-0577

# US Ecology Texas, Inc.
a *US Ecology Inc.* company

## INVOICE

Page 1 of 1

ENVIRONMENTAL SERVICES PROGRAMS (ESP)
Attn: JASON LANCASTER
26400 KUYKENDAHL RD STE C180 #241
THE WOODLANDS, TX 77389

**Invoice #:** T145110
**Invoice date:** 11/27/2018
**Customer ID:** 9938344 / C004196

**Please remit checks to:**
P.O. BOX 26273
Salt Lake City, UT 84126-0273

**Please wire to:**
Bank: Wells Fargo Bank, N.A San Francisco, CA
ABA: 121000248       Account #: 5130000820
Account Name: USE/Subsidiaries

**Terms:** 30 Days

| Quantity | Unit | DESCRIPTION | Rate | Total |
|---|---|---|---|---|
| Generator: | FORMOSA PLASTICS CORP, TX - SHORE TANK FARM, FM 1593 .5 MILES SOUTH OF F | | EPA ID: TX0000888164 | |
| Reference #: 18110216198-011985002FLE-1-1 | | Waste Stream #: 090108450-0    PO#: 1805-09 | | |
| 13.27 | TONS(2000 LBS) | FEE | $6.00 | $79.62 |
| 1 | | e-Manifest Submission Fee | $10.00 | $10.00 |
| | | 10% Energy, Insurance and Recovery fee | | $165.88 |
| 13.27 | TON/YARD | DIRECT LANDFILL | $125.00 | $1,658.75 |
| Reference #: 18110916668-011985003FLE-1-1 | | Waste Stream #: 090108450-0    PO#: 1805-09 | | |
| 10.1 | TONS(2000 LBS) | FEE | $6.00 | $60.60 |
| 1 | | e-Manifest Submission Fee | $10.00 | $10.00 |
| | | 10% Energy, Insurance and Recovery fee | | $126.25 |
| 10.1 | TON/YARD | DIRECT LANDFILL | $125.00 | $1,262.50 |
| | | | **Total** | **$3,373.60** |

** Minimum quantity/minimum charge applied.

Box # RT-18110   16/98

# UNIFORM HAZARDOUS WASTE MANIFEST

Form Approved. OMB No. 2050-0039

| Field | Value |
|---|---|
| 1. Generator ID Number | TXT490011293 |
| 2. Page 1 of | 1 |
| 3. Emergency Response Phone | 410-286-0120 |
| 4. Manifest Tracking Number | 011985002 FLE |

**5. Generator's Name and Mailing Address**
Formosa Plastics Corp -TX
P.O. Box 700 Point Comfort, TX 77978
Generator's Phone: 361-987-7442

**Generator's Site Address (if different than mailing address)**
Formosa Plastics Corp. -TX
201 Formosa Drive
Point Comfort, TX 77978

**6. Transporter 1 Company Name:** STANCO, LLC ~~National Logistics Services Inc D.H.~~
U.S. EPA ID Number: LAD980796627

**7. Transporter 2 Company Name:** Sprint Waste Service
U.S. EPA ID Number: TXR000076257

**8. Designated Facility Name and Site Address**
US Ecology Texas (Robstown Facility)
3277 County Road 69
Robstown, TX 78380
U.S. EPA ID Number: TXD069452340
Facility's Phone: ATTN: Laura Rodriguez  ph: 361-387-3518 x. 2434

| 9a. HM | 9b. U.S. DOT Description | 10. Containers No. | Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1. UN3190, Self-heating, Solid, Inorganic, n.o.s. (Copper, Oxides), 4.2, II, non-RCRA waste | 1 | CM | 60 | Y | 02843202 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

**14. Special Handling Instructions and Additional Information** only 1 page, typo   Gross Weight: _____
WS # 090108450 Treatment + Disposal only, non-recyclable spent CuO Catalyst (CuO)
National Logistics Services Inc. 410-286-0120

**15. GENERATOR'S/OFFEROR'S CERTIFICATION:** ...

Generator's/Offeror's Printed/Typed Name: David Hill
Signature: Donald Hill
Date: 10/12/18

**17. Transporter Acknowledgment of Receipt of Materials**
Transporter 1 Printed/Typed Name: Frank Marol
Signature: [signature]
Date: 10/12/18

Transporter 2 Printed/Typed Name: Eden de la Paz
Signature: Eden de la Paz
Date: 1/12/18

**18. Discrepancy** — (none checked)

**19. Hazardous Waste Report Management Method Codes**
1. H-132

**20. Designated Facility Owner or Operator: Certification of receipt**
Printed/Typed Name: Ronica Guajardo
Signature: Ronica Guajardo
Date: 11/2/18

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.    DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

## Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

Scale Ticket #: 282780
Checkin Date: 11/02/2018   Time: 11:00

Work Order #: 18110216198
Checkout Date: 11/02/2018   Time: 11:59

011985002FLE

**Transporter:**
SPRINT WASTE SERVICES LP
2199 NORTH HIGHWAY 77
ROBSTOWN, TX
EPA ID: TXR000076257

**Customer**
ENVIRONMENTAL SERVICES PROGRAMS (ESP)
26400 KUYKENDAHL RD STE. C180 #241
THE WOODLANDS, TX

Truck #: 7906          Tractor #: RT18110          Trailer #:

Driver: EDEN DE LA PAZ

| | | |
|---|---:|---|
| **GROSS WEIGHT :** | 71,540.00 | LBs |
| **TARE WEIGHT :** | 45,000.00 | LBs |
| **NET WEIGHT :** | 26,540.00 | LBs |

16668

# UNIFORM HAZARDOUS WASTE MANIFEST

Form Approved. OMB No. 2050-0039

| Field | Value |
|---|---|
| 1. Generator ID Number | TXT490011293 |
| 2. Page 1 of | 1/81 |
| 3. Emergency Response Phone | 410-286-0120 |
| 4. Manifest Tracking Number | 011985003 FLE |

**5. Generator's Name and Mailing Address**
~~P.O. Box Point Comfort, TX 77978~~
Formosa Plastics Corp - TX
P.O. Box 700 Point Comfort, TX 77978
Generator's Phone: 361-987-7442

**Generator's Site Address (if different than mailing address)**
Formosa Plastics Corp - TX
201 Formosa Drive
Point Comfort, TX 77978

U.S. EPA ID Number: LAR000035386
~~LAD980776627~~

**6. Transporter 1 Company Name** ~~Stanco, LLC~~ Acme Truck Line, Inc
U.S. EPA ID Number:

**7. Transporter 2 Company Name**
U.S. EPA ID Number:

**8. Designated Facility Name and Site Address**
US Ecology Texas (Robstown Facility)
3277 County Road 69
Robstown, TX 78380
Facility's Phone: ATTN: Laura Rodriguez ph: 361-387-3518 x: 2234

U.S. EPA ID Number: TXD069452340

| 9a. HM | 9b. U.S. DOT Description | 10. Containers No. / Type | 11. Total Quantity | 12. Unit Wt/Vol | 13. Waste Codes |
|---|---|---|---|---|---|
| X | 1. UN3190, self-heating, solid, Inorganic, n.o.s. (copper oxides), 4.2, II, non-RCRA waste | 1 / cm | 60 | Y | 01843101 |
| | 2. | | | | |
| | 3. | | | | |
| | 4. | | | | |

**14. Special Handling Instructions and Additional Information**  Changed transporter
WS # 09010 8450 Treatment + Disposal only, non-recyclable spent CuO Catalyst (CuO)
National Logistics Services Inc. 410-286-0120

**15. GENERATOR'S/OFFEROR'S CERTIFICATION:** ...
Generator's/Offeror's Printed/Typed Name: David Hill
Signature: [signed] Date: 11/9/18

**16. International Shipments:** ☐ Import to U.S.  ☐ Export from U.S.
Port of entry/exit:
Date leaving U.S.:

**17. Transporter Acknowledgment of Receipt of Materials**
Transporter 1 Printed/Typed Name: Ricardo Reyes
Signature: [signed] Date: 11/9/18
Transporter 2 Printed/Typed Name:

**18. Discrepancy**
18a. Discrepancy Indication Space  ☐ Quantity  ☐ Type  ☐ Residue  ☐ Partial Rejection  ☐ Full Rejection
Received 10.14yds per David Hill 11/16/18
Manifest Reference Number:

18b. Alternate Facility (or Generator)
U.S. EPA ID Number:
Facility's Phone:
18c. Signature of Alternate Facility (or Generator):

**19. Hazardous Waste Report Management Method Codes**
1. H139
2.
3.
4.

**20. Designated Facility Owner or Operator:** Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a
Printed/Typed Name: Alicia Caballero
Signature: [signed] Alicia C...
Date: 11/9/18

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.  DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

## Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

Scale Ticket #: 295921  
Checkin Date: 11/09/2018    Time: 16:07

Work Order #: 18110916668  
Checkout Date: 11/09/2018    Time: 17:01

011985003FLE

**Transporter:**
ACME TRUCK LINE
200 WESTBANK EXPWY
GRETNA, LA
EPA ID: LAR000035386

**Customer**
ENVIRONMENTAL SERVICES PROGRAMS (ESP)
26400 KUYKENDAHL RD.   STE. C180 #241
THE WOODLANDS, TX

Truck #: 34553        Tractor #:            Trailer #:

Driver: RICARDO REYES

|  |  |  |
|---|---|---|
| **GROSS WEIGHT :** | 61,160.00 | LBs |
| **TARE WEIGHT :** | 40,960.00 | LBs |
| **NET WEIGHT :** | 20,200.00 | LBs |

US Ecology Texas, Inc.
P.O. Box 307
3277 County Road 69
Robstown, TX 78380

Phone: (800) 242 3209
(361) 387-3518
Fax: (361) 387 0794
(361) 387-0577

# US Ecology Texas, Inc.
a *US Ecology Inc.* company

## INVOICE

Page 1 of 1

ENVIRONMENTAL SERVICES PROGRAMS (ESP)

Attn : JASON LANCASTER

26400 KUYKENDAHL RD STE C180 #241

THE WOODLANDS, TX 77389

**Invoice #:** T145791
**Invoice date:** 12/13/2018
**Customer ID:** 9938344 / C004196

**Please remit checks to:**
P.O. BOX 26273
Salt Lake City, UT 84126-0273

**Please wire to:**
Bank: Wells Fargo Bank, N.A  San Francisco, CA
ABA: 121000248        Account #: 5130000820
Account Name: USE/Subsidiaries

**Terms:** 30 Days

| Quantity | Unit | DESCRIPTION | Rate | Total |
|---|---|---|---|---|
| Generator: CHEROKEE NITROGEN, 1080 INDUSTRIAL DRIVE, CHEROKEE, AL 35616 | | | EPA ID: ALD057203135 | |
| Reference #: 18113017526-006457553FLE-1-1 | | Waste Stream #: 090107148-0    PO#: PO 1807-12 | | |
| | | 10% Energy, Insurance and Recovery fee | | $60.00 |
| 7.5 | TONS(2000 LBS) | DIRECT LANDFILL | $80.00 | $600.00 |
| 7.5 | TONS(2000 LBS) | FEE | $7.50 | $56.25 |
| 1 | | e-Manifest Submission Fee | $10.00 | $10.00 |
| | | | **Total** | **$726.25** |

** Minimum quantity/minimum charge applied.

17526

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)  Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number<br>ALD057203135 | 2. Page 1 of 1 | 3. Emergency Response Phone<br>256 359 7000 | 4. Manifest Tracking Number<br>006457553 FLE |
|---|---|---|---|---|

5. Generator's Name and Mailing Address
Cherokee Nitrogen
1080 Industrial Dr. Cherokee, AL 35616
Generator's Phone: 256 359 7000

6. Transporter 1 Company Name
National Logistics Services, Inc.
U.S. EPA ID Number: N/A

7. Transporter 2 Company Name
Stranco LLC
U.S. EPA ID Number: LAD980796627

8. Designated Facility Name and Site Address
US Ecology Texas
3277 County Rd 69, Robstown TX. 80 78380
Facility's Phone: 361 387 3518
U.S. EPA ID Number: TXD069452340

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| | 1. Fe Catalyst UN3077 | 3 | DM | 15,000 | lb | P007 |
| | 2. | | | | | |
| | 3. | | | | | |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information
~~090077762-0~~ o.l.
090107148-0

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

Generator's/Offeror's Printed/Typed Name: James Broome    Signature    Month 10 Day 10 Year 18

16. International Shipments  ☐ Import to U.S.  ☐ Export from U.S.  Port of entry/exit:
Transporter signature (for exports only):    Date leaving U.S.:

17. Transporter Acknowledgment of Receipt of Materials
Transporter 1 Printed/Typed Name: Frank Minor    Signature    Month 10 Day 10 Year 18
Transporter 2 Printed/Typed Name:    Signature    Month 10 Day 11 Year 18

18. Discrepancy
18a. Discrepancy Indication Space  ☐ Quantity  ☑ Type  ☐ Residue  ☐ Partial Rejection  ☐ Full Rejection
Box 10. Container type CM / SWC: OUTS 3191 approved per Andrew L's 12-7-18 ac
Manifest Reference Number:

18b. Alternate Facility (or Generator)    U.S. EPA ID Number:
Facility's Phone:
18c. Signature of Alternate Facility (or Generator)    Month Day Year

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)
1. ~~H-039~~ H132    2.    3.    4.

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a
Printed/Typed Name: Alicia Caballero    Signature: Alicia Caballero    Month 12 Day 7 Year 18

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.    DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

Box·RT-18295    17526

Form Approved. OMB No. 2050-0039

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

| UNIFORM HAZARDOUS WASTE MANIFEST (Continuation Sheet) | 21. Generator ID Number ALD057203135 | 22. Page 2 | 23. Manifest Tracking Number 006487553 FLE |
|---|---|---|---|

24. Generator's Name Cherokee Nitrogen
1080 Industrial Dr cherokee AL 35616
256-359-2000

| 25. Transporter 3 Company Name U.S. Ecology - Texas | U.S. EPA ID Number TXD069452340 |
|---|---|
| 26. Transporter ___ Company Name | U.S. EPA ID Number |

| 27a. HM | 27b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 28. Containers No. | Type | 29. Total Quantity | 30. Unit Wt./Vol. | 31. Waste Codes |
|---|---|---|---|---|---|---|
| | For Transportation USE Only | | | | | |

32. Special Handling Instructions and Additional Information

33. Transporter 3 Acknowledgment of Receipt of Materials
Printed/Typed Name: Keland Mendoza    Signature: [signature]    Month 11 Day 17 Year 18

34. Transporter ___ Acknowledgment of Receipt of Materials
Printed/Typed Name:    Signature:    Month   Day   Year

35. Discrepancy

36. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

EPA Form 8700-22A (Rev. 3-05) Previous editions are obsolete.    DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

## Scale Ticket

**U.S. ECOLOGY TEXAS, INC.**
ROBSTOWN, TX

Phone: 800 242 3209

Scale Ticket #: 280421
Checkin Date: 12/07/2018  Time: 08:40

006457553FLE

Work Order #: 18113017526
Checkout Date: 12/07/2018  Time: 10:26

**Transporter:**
NATIONAL LOGISTICS SERVICES, INC.
PO BOX 1119
DUNKIRK, MD
EPA ID:

**Customer**
ENVIRONMENTAL SERVICES PROGRAMS (ESP)
26400 KUYKENDAHL RD.  STE. C180 #241
THE WOODLANDS, TX

Truck #:  Tractor #:  Trailer #:

Driver: FRUGLE BEAME

| | |
|---|---|
| **GROSS WEIGHT :** | 65,000.00 LBs |
| **TARE WEIGHT :** | 50,000.00 LBs |
| **NET WEIGHT :** | 15,000.00 LBs |